[No. 70869-4-I.   Division One.   April 13, 2015.]

UNION BANK, N.A., *as Successor-in-Interest, Appellant*, v. RAYMOND E. PELZEL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-24144-9, Monica J. Benton, J., entered September 18, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 71031-1-I.   Division One.   April 13, 2015.]

*In the Matter of the Detention of* JASON CARL MORRIS.

THE STATE OF WASHINGTON, *Respondent*, v. JASON CARL MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-6-02686-9, Beth M. Andrus, J., entered September 30, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 71122-9-I.   Division One.   April 13, 2015.]

SWEDISH HEALTH SERVICES, *Respondent*, v. THE DEPARTMENT OF HEALTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-05403-5, Mariane C. Spearman, J., entered October 18, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Trickey, JJ.

[No. 71159-8-I.   Division One.   April 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMAS HIBSZKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01750-1, Timothy A. Bradshaw, J., entered October 11, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Leach, J.